IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00082-RJC-DSC

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANDREW SMITH, et al. | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Counts Eight, Eleven, Nineteen, and Twenty-one, (Doc. No. 165), of the Superseding Indictment, (Doc. No. 17), as to Andrew Smith and Christopher Lee Griffin with prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 165), is **GRANTED** and Counts Eight, Eleven, Nineteen, and Twenty-one of the Superseding Indictment, (Doc. No. 17), are **DISMISSED** as to Andrew Smith and Christopher Lee Griffin with prejudice.

Signed: February 1, 2018

Robert J. Conrad, Jr.
United States District Judge